# UNITED STATES BANKRUPTCY COURT
## NORTHERN **DISTRICT OF** ILLINOIS
### EASTERN **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| BALTIS, RAY A | § | Case No. 10-33956 |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that JOSEPH E. COHEN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Clerk of Bankruptcy Court
219 S. Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 1:30 PM on 04/04/2014 in Courtroom ,

North Branch Court
1792 Nicole Lane
Round Lake Beach, IL 60073

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____    By: _____
                                            Clerk, U.S. Bankruptcy Court

*JOSEPH E. COHEN*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re:                                    §
                                          §
BALTIS, RAY A                             §        Case No. 10-33956
                                          §
            Debtor(s)                     §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 6,500.20 |
| and approved disbursements of | $ | 4,747.41 |
| leaving a balance on hand of[1] | $ | 1,752.79 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: JOSEPH E. COHEN | $          562.60 | $          0.00 | $          562.60 |
| Trustee Expenses: JOSEPH E. COHEN | $          110.50 | $          0.00 | $          110.50 |
| Other: INTERNATIONAL SURETIES, LTD. | $            3.33 | $          3.33 | $            0.00 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administrative expenses | $ | 673.10 |
| Remaining Balance | $ | 1,079.69 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 174,042.30  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  0.6  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Harris N.A. attn: bankruptcy 330 N Wabash Ave Ste 2905 Chicago, IL 60611 | $            128,030.37 | $                0.00 | $                794.25 |
| 000002 | FIA CARD SERVICES, N.A. PO Box 15102 Wilmington, DE 19886-5102 | $            29,558.97 | $                0.00 | $                183.37 |
| 000003 | Chase Bank USA NA PO BOX 15145 Wilmington, DE 19850-5145 | $            16,452.96 | $                0.00 | $                102.07 |

Total to be paid to timely general unsecured creditors            $                1,079.69

Remaining Balance            $                0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0  percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/JOSEPH E. COHEN
TRUSTEE

*JOSEPH E. COHEN*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 10-33956-ABG
Ray A Baltis                                                        Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: lkorotko          Page 1 of 2          Date Rcvd: Mar 03, 2014
                              Form ID: pdf006          Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 05, 2014.
db       #+Ray A Baltis,   408 E. Oakwood,   Barrington, IL 60010-1487
15925304   +Advocate Good Shepherd,   450 West Highway 22,   Barrington, IL 60010-1919
17853498   ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
            (address filed with court:  FIA CARD SERVICES, N.A.,   PO Box 15102,   Wilmington, DE 19886-5102)
15925306   #+Bank Of America,   Po Box 17054,   Wilmington, DE 19850-7054
15925308   +CBCS,   Po box 69,   Columbus, OH 43216-0069
15925309   +Chase,   Po Box 15298,   Wilmington, DE 19850-5298
17905526    Chase Bank USA NA,   PO BOX 15145,   Wilmington, DE 19850-5145
17838581   +Harris N.A. attn: bankruptcy,   330 N Wabash Ave Ste 2905,   Chicago, IL 60611-7606
15925310   +Harris N.a.,   3800 Golf Rd Ste. 300,   Rolling Meadows, IL 60008-4037
15925312   +Lake Cook Orthopedics,   27401 W Il Route 22 # 125,   Barrington, IL 60010-5934
15925313   +MHS Physician Services,   PO Box 5081,   Janesville, WI 53547-5081
21368672    Midland Funding LLC,   c/o Recoser, LLC,   25 S.E. 2nd Avenue, Suite 1120,   Miami, FL 33131-1605
15925316   +Pierce and Associates,   1 N. Dearborn,   Chicago, IL 60602-4373
15925318    Sunrise Credit Services, Inc,   P.O. Box 9100,   Farmingdale, NY 11735-9100
15925321   ++WELLS FARGO BANK NA,   WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
             ATTN BANKRUPTCY DEPT MAC X7801-014,   3476 STATEVIEW BLVD,   FORT MILL SC 29715-7203
            (address filed with court: Wells Fargo Hm Mortgag,   8480 Stagecoach Cir,   Frederick, MD 21701)
15925311   +howard and Howard,   200 s. michigan #1100,   Chicago, IL 60604-2461
15925317   +retina services of illinois,   9933 Lawler ave #209,   Skokie, IL 60077-3757
15925319   +tri-county emergency physicians, l,   p.o. box 369,   Barrington, IL 60011-0369
15925320   +wellington radiology,   39006 treasury center,   Chicago, IL 60694-9000

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
15925305   +E-mail/Text: g17768@att.com Mar 04 2014 01:44:16      AT&T,   PO Box 8100,   Aurora, IL 60507-8100
15925307   +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 04 2014 01:49:53      Capital One, N.a.,
             C/O American Infosource,   Po Box 54529,   Oklahoma City, OK 73154-1529
15925314   +Fax: 847-227-2151 Mar 04 2014 01:44:04      Mrsi,   2250 E Devon Ave Ste 352,
             Des Plaines, IL 60018-4521
15925315   +E-mail/Text: bankrup@aglresources.com Mar 04 2014 01:44:04      Nicor Gas,
             Attention: Bankruptcy Department,   Po Box 190,   Aurora, IL 60507-0190
                                                                                      TOTAL: 4

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 05, 2014                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 28, 2014 at the address(es) listed below:
        Adham Alaily   on behalf of Creditor   HARRIS N.A. aalaily@ehrenbergeganlaw.com
        Andrew J Nelson   on behalf of Creditor   WELLS FARGO BANK, N.A. anelson@atty-pierce.com,
         northerndistrict@atty-pierce.com
        E. Philip Groben   on behalf of Trustee Joseph E Cohen pgroben@cohenandkrol.com,
         trotman@cohenandkrol.com;pmchugh@cohenandkrol.com
        Gina B Krol, ESQ   on behalf of Trustee Joseph E Cohen gkrol@cohenandkrol.com,
         gkrol@cohenandkrol.com;pmchugh@cohenandkrol.com;jneiman@cohenandkrol.com
        John P Carlin   on behalf of Debtor Ray A Baltis jcarlin@changandcarlin.com,
         changcarlin@iamthewolf.com

District/off: 0752-1          User: lkorotko          Page 2 of 2          Date Rcvd: Mar 03, 2014
                             Form ID: pdf006         Total Noticed: 23

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Joseph E Cohen    jcohen@cohenandkrol.com,
             jcohen@ecf.epiqsystems.com;jcohenattorney@gmail.com;jneiman@cohenandkrol.com
          Joseph E Cohen    on behalf of Trustee Joseph E Cohen jcohen@cohenandkrol.com,
             jcohenattorney@gmail.com;gkrol@cohenandkrol.com;jneiman@cohenandkrol.com
          Joseph E Cohen,  Tr.   on behalf of Trustee Joseph E Cohen jcohenattorney@aol.com,
             jcohen@ecf.epiqsystems.com;jcohenattorney@gmail.com;jneiman@cohenandkrol.com
          Joseph E Cohen,  Tr.   on behalf of Auctioneer Donald  Dodge jcohenattorney@aol.com,
             jcohen@ecf.epiqsystems.com;jcohenattorney@gmail.com;jneiman@cohenandkrol.com
          Lydia Y Siu   on behalf of Creditor    WELLS FARGO BANK, N.A. lsiu@atty-pierce.com,
             northerndistrict@atty-pierce.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                          TOTAL: 11