UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
§
§
BALTIS, RAY A § Case No. 10-33956
§
§
_____Debtor(s)_____ §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    JOSEPH E. COHEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

    3) Total gross receipts of $    (see **Exhibit 1**), minus funds paid to the debtor and third parties of $    (see **Exhibit 2**), yielded net receipts of $    from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on ___. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____    By:/s/JOSEPH E. COHEN _____
                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| RAY A. BALTIS |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Harris N.a. 3800 Golf Rd Ste. 300 Rolling Meadows, IL 60008 |  |  |  |  |  |
|  | Wells Fargo Hm Mortgag 8480 Stagecoach Cir Frederick, MD 21701 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| **TOTAL SECURED CLAIMS** | | | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH E. COHEN | | | | | |
| JOSEPH E. COHEN | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| ASSOCIATED BANK | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| AMERICAN AUCTION ASSOCIATES, INC. | | | | | |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | AT&T PO Box 8100 Aurora, IL 60507 | | | | | |
| | Advocate Good Shepherd 450 West Highway 22 Barrington, IL 60010 | | | | | |
| | Bank Of America Po Box 17054 Wilmington, DE 19850 | | | | | |
| | CBCS PO box 69 Columbus, OH 43216 | | | | | |
| | Capital One, N.a. C/O American Infosource Po Box 54529 Oklahoma City, OK 73154 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Po Box 15298 Wilmington, DE 19850 | | | | | |
| | Lake Cook Orthopedics 27401 W Il Route 22 # 125 Barrington, IL 60010 | | | | | |
| | MHS Physician Services PO Box 5081 Janesville, WI 53547 | | | | | |
| | Mrsi 2250 E Devon Ave Ste 352 Des Plaines, IL 60018 | | | | | |
| | Nicor Gas Attention: Bankruptcy Department Po Box 190 Aurora, IL 60507 | | | | | |
| | Pierce and Associates 1 N. Dearborn Chicago, IL 60602 | | | | | |
| | Sunrise Credit Services, Inc P.O. Box 9100 Farmingdale, NY 11735-9100 | | | | | |
| | howard and Howard 200 s. michigan #1100 Chicago, IL 60604-2401 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | retina services of illinois 9933 Lawler ave #209 Skokie, IL 60077 | | | | | |
| | tri-county emergency physicians, l p.o. box 369 Barrington, IL 60011-0098 | | | | | |
| | wellington radiology 39006 treasury center Chicago, IL 60694 | | | | | |
| 000003 | CHASE BANK USA NA | | | | | |
| 000002 | FIA CARD SERVICES, N.A. | | | | | |
| 000001 | HARRIS N.A. ATTN: BANKRUPTCY | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

UST Form 101-7-TDR (5/1/2011) *(Page: 7)*

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

| Case No: | 10-33956 | ABG | Judge: A. BENJAMIN GOLDGAR | | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | BALTIS, RAY A | | | | Date Filed (f) or Converted (c): | 07/30/10 (f) |
| | | | | | 341(a) Meeting Date: | 09/03/10 |
| For Period Ending: | 02/02/15 | | | | Claims Bar Date: | 12/23/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 408 E. Oakwood Drive, Barrington, IL | 320,000.00 | 0.00 | | 0.00 | FA |
| 2. Checking account with Wauconda Bank | 500.00 | 0.00 | | 0.00 | FA |
| 3. Misc used household goods | 900.00 | 0.00 | | 0.00 | FA |
| 4. used clothing | 300.00 | 0.00 | | 0.00 | FA |
| 5. IRA | 5,000.00 | 0.00 | | 0.00 | FA |
| 6. 1987 Porsche with 90k miles - paid in full | 5,000.00 | 0.00 | | 6,500.00 | FA |
| 7. 2001 PT Cruiser with 75k miles - paid in full | 2,400.00 | 0.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.20 | FA |
| TOTALS (Excluding Unknown Values) | $334,100.00 | $0.00 | | $6,500.20 | $0.00 |

Gross Value of Remaining Assets

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TRUSTEE IS DEPOSITING UNCLAIMED FUNDS WITH THE BK COURT - January 17, 2015.
 TRUSTEE HAS ASKED FOR COPY OF TITLE ON PORSCHE 911.  TRUSTEE SOLD PORSCHE FOR $6,500.00.  TRUSTEE IS PREPARING HIS
FINAL REPORT - January 15, 2014.  TRUSTEE HAS SUBMITTED HIS TFR & NFR TO THE UST FOR REVIEW - February 10, 2014.  TFR
WAS FILED ON 2/28/14 WITH FINAL HEARING SET FOR 4/4/14 -April 30, 2014.  FINAL HEARING WAS HELD AND DISTRIBUTION MADE TO
CREDITORS - July 17, 2014.  TRUSTEE WAITING FOR CHECKS TO CLEAR - Oct. 25, 2014.

Initial Projected Date of Final Report (TFR): 08/31/13     Current Projected Date of Final Report (TFR): 02/28/14

FORM 2

Page: 1

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 10-33956 -ABG | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | BALTIS, RAY A | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******2069 Checking Account |
| Taxpayer ID No: | *******6687 | | |
| For Period Ending: | 02/02/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/30/12 | | Trsf In From BANK OF AMERICA, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | 1,759.03 | | 1,759.03 |
| 10/16/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 1.08 | 1,757.95 |
| 11/05/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 1.12 | 1,756.83 |
| 12/07/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 1.08 | 1,755.75 |
| 01/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 1.12 | 1,754.63 |
| 03/05/13 | 300001 | INTERNATIONAL SURETIES, LTD.<br>701 Poydras Street<br>Suite 420<br>New Orleans, LA 70139 | Bond premium | 2300-000 | | 1.84 | 1,752.79 |
| 04/10/14 | 300002 | JOSEPH E. COHEN<br>105 WEST MADISON STREET<br>SUITE 1100<br>CHICAGO, IL 60602-0000 | Chapter 7 Compensation/Fees | 2100-000 | | 562.60 | 1,190.19 |
| 04/10/14 | 300003 | JOSEPH E. COHEN<br>105 WEST MADISON STREET<br>SUITE 1100<br>CHICAGO, IL 60602-0000 | Chapter 7 Expenses | 2200-000 | | 110.50 | 1,079.69 |
| * 04/10/14 | 300004 | Harris N.A. attn: bankruptcy<br>330 N Wabash Ave Ste 2905<br>Chicago, IL 60611 | Claim 000001, Payment 0.62036% | 7100-003 | | 794.25 | 285.44 |
| 04/10/14 | 300005 | FIA CARD SERVICES, N.A.<br>PO Box 15102<br>Wilmington, DE 19886-5102 | Claim 000002, Payment 0.62035% | 7100-000 | | 183.37 | 102.07 |
| 04/10/14 | 300006 | Chase Bank USA NA<br>PO BOX 15145<br>Wilmington, DE 19850-5145 | Claim 000003, Payment 0.62037% | 7100-000 | | 102.07 | 0.00 |
| * 01/28/15 | 300004 | Harris N.A. attn: bankruptcy<br>330 N Wabash Ave Ste 2905 | Claim 000001, Payment 0.62036% | 7100-003 | | -794.25 | 794.25 |

Page Subtotals     1,759.03     964.78

Ver: 18.03b

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 9)*

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 10-33956 -ABG | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | BALTIS, RAY A | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******2069 Checking Account |
| Taxpayer ID No: | *******6687 | | |
| For Period Ending: | 02/02/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 01/28/15 | 300007 | Chicago, IL 60611<br>United States Bankruptcy Court | DEPOSIT OF UNCLAIMED FUNDS<br>DEPOSIT OF UNCLAIMED FUNDS | 7100-001 | | 794.25 | 0.00 |

|  |  |  |
|---|---:|---:|
| COLUMN TOTALS | 1,759.03 | 1,759.03 | 0.00 |
| Less: Bank Transfers/CD's | 1,759.03 | 0.00 |
| Subtotal | 0.00 | 1,759.03 |
| Less: Payments to Debtors | | 0.00 |
| Net | 0.00 | 1,759.03 |

Page Subtotals  0.00  794.25

Ver: 18.03b

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 10)*

FORM 2

Page: 3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 10-33956 -ABG | | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | BALTIS, RAY A | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******1935 BofA - Money Market Account |
| Taxpayer ID No: | *******6687 | | | |
| For Period Ending: | 02/02/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/22/11 | 6 | AMERICAN AUCTION ASSOCIATES, INC. | | 1129-000 | 6,500.00 | | 6,500.00 |
| 09/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.01 | | 6,500.01 |
| 10/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.06 | | 6,500.07 |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 8.28 | 6,491.79 |
| 11/08/11 | | Transfer to Acct #*******1980 | TRANSFER TO WRITE CHECKS | 9999-000 | | 4,708.04 | 1,783.75 |
| 11/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.02 | | 1,783.77 |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 3.55 | 1,780.22 |
| 12/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.01 | | 1,780.23 |
| 12/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 2.19 | 1,778.04 |
| 01/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.02 | | 1,778.06 |
| 01/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 2.33 | 1,775.73 |
| 02/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.01 | | 1,775.74 |
| 02/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 2.11 | 1,773.63 |
| 03/11/12 | 000301 | INTERNATIONAL SURETIES, LTD. | Bond premium | 2300-000 | | 1.49 | 1,772.14 |
| 03/30/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.01 | | 1,772.15 |
| 03/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 2.18 | 1,769.97 |
| 04/30/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.01 | | 1,769.98 |
| 04/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 2.25 | 1,767.73 |
| 05/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.01 | | 1,767.74 |
| 05/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 2.25 | 1,765.49 |
| 06/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.01 | | 1,765.50 |
| 06/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 2.10 | 1,763.40 |
| 07/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.02 | | 1,763.42 |
| 07/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 2.31 | 1,761.11 |
| 08/30/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.01 | | 1,761.12 |
| 08/30/12 | | BANK OF AMERICA, N.A. 901 MAIN STREET 10TH FLOOR | BANK FEES | 2600-000 | | 2.09 | 1,759.03 |

Page Subtotals      6,500.20      4,741.17

Ver: 18.03b

LFORM24

FORM 2

Page: 4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 10-33956 -ABG | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | BALTIS, RAY A | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******1935  BofA - Money Market Account |
| Taxpayer ID No: | *******6687 | | |
| For Period Ending: | 02/02/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/30/12 | | DALLAS, TX  75283<br>Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 1,759.03 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | | 6,500.20 | 6,500.20 | 0.00 |
| Less:  Bank Transfers/CD's | | 0.00 | 6,467.07 | |
| Subtotal | | 6,500.20 | 33.13 | |
| Less:  Payments to Debtors | | | 0.00 | |
| Net | | 6,500.20 | 33.13 | |

Page Subtotals           0.00           1,759.03

Ver: 18.03b

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 12)*

FORM 2

Page: 5

Exhibit 9

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 10-33956 -ABG | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | BALTIS, RAY A | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******1980 BofA - Checking Account |
| Taxpayer ID No: | *******6687 | | |
| For Period Ending: | 02/02/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 11/08/11 | | Transfer from Acct #*******1935 | TRANSFER TO WRITE CHECKS | 9999-000 | 4,708.04 | | 4,708.04 |
| 11/08/11 | 003001 | AMERICAN AUCTION ASSOCIATES, INC. | Auctioneer Expenses | 3620-000 | | 458.04 | 4,250.00 |
| | | | Auctioneer Expenses | | | | |
| 11/08/11 | 003002 | RAY A. BALTIS | Payment of exemption | 8100-002 | | 4,250.00 | 0.00 |
| | | | Payment of exemption | | | | |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 4,708.04 | 4,708.04 | 0.00 |
| Less: Bank Transfers/CD's | 4,708.04 | 0.00 | |
| Subtotal | 0.00 | 4,708.04 | |
| Less: Payments to Debtors | | 4,250.00 | |
| Net | 0.00 | 458.04 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account - ********2069 | 0.00 | 1,759.03 | 0.00 |
| BofA - Money Market Account - ********1935 | 6,500.20 | 33.13 | 0.00 |
| BofA - Checking Account - ********1980 | 0.00 | 458.04 | 0.00 |
| | ------------------ | ------------------ | ------------------ |
| | 6,500.20 | 2,250.20 | 0.00 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals      4,708.04      4,708.04

Ver: 18.03b

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 13)*